IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARNULFO FONSECA, )<br>)<br>               Plaintiff, )<br>)<br>-vs- )<br>)<br>CHARLES DAVID NELSON, Individually )<br>and in his official capacity as State's Attorney )<br>for Saline County, KEITH BROWN, )<br>Individually, and in his capacity as Sheriff )<br>of Saline County, KEN CLORE, MARK )<br>LEVAUGHN, RANDY BUTLER, MIKE JONES, )<br>BRAD NEAL, DAVID BLAZIER, TODD FORT, )<br>STEVE SLOAN, MONA NELSON, All )<br>Individually, SALINE COUNTY, SHERIFF'S )<br>OFFICE OF SALINE COUNTY, STATE'S )<br>ATTORNEY'S OFFICE OF SALINE COUNTY, )<br>AND VILLAGE OF CARRIER MILLS, )<br>)<br>               Defendants. ) | No. 08-435-MJR |

## MOTION TO DISMISS

NOW COMES the Defendant, MARK LEVAUGHN, by his attorneys WINTERS, BREWSTER, CROSBY and SCHAFER LLC and, pursuant to Rule 12(b)(6) of the Federal Rules of civil Procedure, moves to dismiss plaintiff's complaint.

In support thereof, it is stated:

1. Defendant is absolutely immune from liability for actions taken as a testifying witness.

2. The Court upon dismissal of the Federal Claims should in its discretion refuse to exercise supplemental jurisdiction over the Plaintiff's State Law Claims.

WHEREFORE, Defendant, MARK LEVAUGHN, respectfully requests that this honorable Court dismiss Plaintiff's Federal Claims with prejudice and dismiss Plaintiff's State

Law claims without prejudice.

                                              Attorney for Defendant,

                                              By: /s/ Thomas F. Crosby
                                                    Thomas F. Crosby
                                                    Attorney for Defendant Mark LeVaughn
                                                    ARDC No. 3128836

WINTERS, BREWSTER, CROSBY and SCHAFER LLC
Attorneys at Law
111 West Main, P.O. Box 700
Marion, IL 62959
Phone: (618)997-5611
Fax: (618)997-6522

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above and foregoing instrument was electronically filed on January 6, 2009 with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Joseph A. Bleyer<br>Bleyer & Bleyer<br>601 West Jackson<br>PO Box 487<br>Marion, IL 62959 | Ms. Karen McNaught<br>Assistant Attorney General<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 62706 |
| Mr. James Cook<br>Ms. Leslie Offergeld<br>Walker & Williams, P.C.<br>4343 West Main<br>Belleville, IL 62223 | Mr. John P. Cranley<br>#2 Butternut Lane at Highway 157<br>Glen Carbon, IL 62034 |

and I hereby certify that on January 6, 2009, I mailed by U.S. Postal Service the document to the following non-registered counsel:

None

Dated this 6th day of January, 2009

/s/ Thomas F. Crosby

WINTERS, BREWSTER, CROSBY & SCHAFER
Attorneys at Law
111 West Main, P.O. Box 700
Marion, IL  62959
Phone: (618) 997-5611
Fax:  (618) 997-6522
tcrosby@winterslaw.com