# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARNULFO FONSECA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-CV-0435-MJR-PMF |
| | ) |
| CHARLES DAVID NELSON, | ) |
| Individually, and in his official capacity | ) |
| as State's Attorney for Saline County, | ) |
| KEITH BROWN, Individually and in | ) |
| his capacity as Sheriff of Saline County, | ) |
| KEN CLORE, MARK LEVAUGHN, | ) |
| RANDY BUTLER, MIKE JONES, | ) |
| BRAD NEAL, DAVID BLAZIER, | ) |
| TODD FORT, STEVE SLOAN, | ) |
| MONA NELSON, SALINE COUNTY, | ) |
| SHERIFF'S OFFICE OF SALINE | ) |
| COUNTY, STATE'S ATTORNEY'S | ) |
| OFFICE OF SALINE COUNTY, and | ) |
| VILLAGE OF CARRIER MILLS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On June 12, 2008, Fonseca filed this action alleging causes of action under 42 U.S.C. § 1983 and state law (Doc. 2). On June 25, 2009, Fonseca filed a stipulation of voluntary dismissal (Doc. 144) as to his claims against Defendants David Blazier, Brad Neal, and the Village of Carrier Mills.

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** provides that a plaintiff may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared." Fonseca submitted a stipulation of dismissal signed by John Cranley, counsel for

-1-

Plaintiff, as well as the various attorneys representing the Defendants: James Cook, Karen McNaught, Joseph Bleyer, and Thomas Crosby.

Pursuant to the parties' stipulation (Doc. 144), the Court hereby **DISMISSES** the action as to Defendants David Blazier, Brad Neal, and the Village of Carrier Mills **with prejudice**.

**IT IS SO ORDERED.**

**DATED this 26th day of June 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**