IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARNULFO FONSECA, | ) |
|     Plaintiff, | ) |
| -vs- | ) NO. 08-435-CJP |
| CHARLES DAVID NELSON, KEITH BROWN, KEN CLORE, MARK LeVAUGHN, RANDY BUTLER, MIKE JONES, BRAD NEAL, DAVID BLAZIER, TODD FORT, STEVE SLOAN, MONA NELSON, SALINE COUNTY, SHERIFF'S OFFICE SALINE COUNTY, STATE'S ATTORNEY'S OFFICE SALINE COUNTY, and VILLAGE OF CARRIER MILLS, | ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants BRAD NEAL, DAVID BLAZIER, and VILLAGE OF CARRIER MILLS, were dismissed on July 26, 2009 by an Order entered by United States District Judge Michael J. Reagan (Doc. 148).

Defendant MARK LeVAUGH was dismissed on September 10, 2009 by an Order entered by United States District Judge Michael J. Reagan (Doc. 182).

Defendants KEITH BROWN, KEN CLORE, RANDY BUTLER, MIKE JONES, TODD FORT, STEVE SLOAN, MONA NELSON, SALINE COUNTY, SHERIFF'S OFFICE of SALINE COUNTY, STATE'S ATTORNEYS OFFICE of SALINE COUNTY were dismissed on March 16, 2010 by an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 216).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **CHARLES DAVID NELSON, KEITH BROWN, KEN CLORE, MARK LeVAUGHN, RANDY BUTLER, MIKE JONES, BRAD NEAL, DAVID BLAZIER, TODD FORT, STEVE SLOAN, MONA NELSON, SALINE COUNTY, SHERIFF'S OFFICE of SALINE COUNTY, STATE'S ATTORNEY'S OFFICE of SALINE COUNTY** and **VILLAGE OF CARRIER MILLS** and against plaintiff **ARNULFO FONSECA.**

Plaintiff shall take nothing from this action.

**DATED** this 16th day of March, 2010

        **NANCY J. ROSENSTENGEL, CLERK**

        BY: <u>S/ Angela Vehlewald</u>
              Deputy Clerk

**Approved by** <u>   S/ Clifford J. Proud   </u>
        United States Magistrate Judge
            Clifford J. Proud